**No. 62227.**—Manca, Inc. *v.* United States, protests 308918–K and 322110–K (New York).

Opinion by OLIVER, C. J.   Following *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed as to the items marked "A," and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).  The items marked "B," stipulated to be similar to the merchandise the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), were held dutiable at 20 percent under paragraph 1551, as claimed.

**No. 62228.**—D. C. Andrews & Co., Inc. *v.* United States, protest 323648–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 62229.**—M. D. Orum Company *v.* United States, protest 313753–K (Milwaukee).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of figures the same in all material respects to those involved in Abstract 57682, the merchandise was held dutiable under the provision in paragraph 397, as modified, *infra*, for articles, not specially provided for, composed wholly or in chief value of lead, not plated with platinum, gold, or silver, or colored with gold lacquer, as follows: The articles imported prior to October 1, 1951, at 2 cents per pound, but not less than 15 percent nor more than 45 percent ad valorem, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the merchandise imported on or after October 1, 1951, at 2 cents per pound, but not less than 15 percent nor more than 30 percent ad valorem, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52820).